

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Pilar G. Kraman**
P 302.576.3586
F 302.576.3742
PKraman@ycst.com

February 4, 2019

**BY CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  *Deere & Company v. AGCO Corporation, et al.,* C.A. No. 18-827-CFC (Consolidated)

Dear Judge Connolly:

    Plaintiff Deere and Company respectfully submits the attached updated proposed scheduling order for the Court's consideration. The attached order updates the proposed scheduling order filed as part of the Joint Status Report (D.I. 24) prior to the case being reassigned to Your Honor.  The modifications in the proposed scheduling order have been made (1) to comply with Your Honor's scheduling form order for patent cases as revised November 14, 2018 and (2) to account for the passage of time since the August 31, 2018 filing of the Joint Status Report.

    Defendants AGCO Corporation and Precision Planting, LLC have indicated that they believe it is premature to submit a proposed scheduling order before the Court sets a scheduling conference or otherwise requests such a submission.  However, because Plaintiff indicated its intent to submit a proposed scheduling order regardless of Defendants' position, Defendants asked that their competing proposal be reflected in Plaintiff's submission, which it is in the attached.

    Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Pilar G. Kraman*

Pilar G. Kraman (No. 5199)

cc:  All counsel of record (by CM/ECF and email)
      Clerk of the Court (by hand delivery)

Enclosure