IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | C.A. No. 18-827 (CFC) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| AGCO CORPORATION, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| DEERE & COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | C.A. No. 18-828 (CFC) |
| | ) | |
| v. | ) | |
| | ) | |
| PRECISION PLANTING LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

**DEERE & COMPANY'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINTS**

Pursuant to Fed. R. Civ. P. 15, and D. Del. LR 15.1, Plaintiff Deere & Company

respectfully requests leave to file Second Amended Complaints in the above-captioned

consolidated actions. Plaintiff's proposed amended complaint against defendant AGCO

Corporation and associated redline are attached as Exhibits A and C.  Plaintiff's proposed

amended complaint against defendant Precision Planting LLC and associated redline are attached

as Exhibits B and D.

The grounds for this motion are set forth in the opening brief filed contemporaneously.

Dated: May 21, 2019

Respectfully submitted,

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)

OF COUNSEL
Richard L. Rainey
Kevin B. Collins
R. Jason Fowler
Jay I. Alexander
Daniel E. Valencia
Nicholas L. Evoy
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5565
Fax: (202) 778-5565

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Counsel for Deere & Company*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on May 21, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on May 21, 2019**,** I caused the foregoing document to be served by e-mail on the following counsel of record:

Jack B. Blumenfeld
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
araucci@mnat.com

Michael J. Summersgill
Jordan L. Hirsch
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Mindy V. Sooter
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
mindy.sooter@wilmerhale.com

Michael Wolin
Heath A. Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
michael.wolin@wilmerhale.com
heath.brooks@wilmerhale.com

*Attorneys for Defendants*


YOUNG CONAWAY STARGATT & TAYLOR, LLP


*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
(302) 571-6600
*apoff@ycst.com*
*pkraman@ycst.com*

*Attorneys for Plaintiff Deere & Company*

Dated: May 21, 2019

01:23399324.1