# **RULE 7.1.1 CERTIFICATION**

The undersigned counsel hereby certifies that a reasonable effort has been made to reach agreement with Defendants on the matters set forth in this Motion, including oral communication involving Delaware counsel, and no agreement was reached.

                                                  */s/ Adam W. Poff*
                                                  Adam W. Poff (No. 3990)