IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | C.A. No. 18-827 (CFC) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| AGCO CORPORATION, | ) | |
| | ) | |
| *Defendant*. | ) | |
| DEERE & COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | C.A. No. 18-828 (CFC) |
| | ) | |
| v. | ) | |
| | ) | |
| PRECISION PLANTING LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## **[PROPOSED] ORDER**

At Wilmington, this ___ day of _____, 2019, the Court having reviewed Deere & Company's Motion for Leave to File Second Amended Complaints ("Motion") and the papers in connection therewith;

IT IS SO ORDERED that the Motion is GRANTED.  Deere & Company may file the proposed Second Amended Complaints in substantially the form attached to its Motion.

---
UNITED STATES DISTRICT JUDGE