IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEERE & COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-827 (CFC) |
| | ) CONSOLIDATED |
| AGCO CORPORATION and | ) |
| PRECISION PLANTING LLC, | ) |
| | ) |
| Defendants. | ) |

**AGCO CORPORATION AND PRECISION PLANTING LLC'S MOTION TO COMPEL**

Defendants AGCO Corporation and Precision Planting, LLC ("Precision") hereby respectfully move to compel Plaintiff Deere & Company to (1) make the lead inventor on the eleven asserted patents—Elijah Garner—available for an additional half day (3.5 hour) deposition and (2) produce documents relating to its attempted acquisition of Precision Planting that it has previously been ordered to produce. Mr. Garner's conduct during his deposition, including refusing to answer questions and providing unresponsive answers, prevented Precision's counsel from obtaining testimony on critical issues. With respect to documents relating to its attempted acquisition of Precision Planting, Deere has improperly redacted non-privileged information from more than 100 documents—including by alleging that information can be withheld simply because it is allegedly "sensitive"—and failed to produce more than 50 deposition exhibits from the DOJ's investigation of the attempted acquisition that Deere was ordered to produce.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael J. Summersgill<br>Jordan L. Hirsch<br>Michaela P. Sewall<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000<br><br>Mary (Mindy) V. Sooter<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80202<br>(720) 274-3135<br><br>Grant K. Rowan<br>Heath A. Brooks<br>Michael Wolin<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>(202) 663-6000<br><br>September 27, 2019 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br>araucci@mnat.com<br><br>*Attorneys for Defendants AGCO Corporation and Precision Planting LLC* |

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff, including oral communication involving Delaware counsel, and that we have not been able to reach agreement.

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 27, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Adam W. Poff, Esquire<br>Pilar G. Kraman, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Richard L. Rainey, Esquire<br>Kevin B. Collins, Esquire<br>Jay I. Alexander, Esquire<br>Nicholas L. Evoy, Esquire<br>Daniel E. Valencia, Esquire<br>R. Jason Fowler, Esquire<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)