IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEERE & COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-827 (CFC) |
| | ) CONSOLIDATED |
| AGCO CORPORATION and | ) |
| PRECISION PLANTING LLC, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] CLAIM CONSTRUCTION ORDER**

As set forth by the Court at the claim construction hearing held on December 3, 2019, IT IS HEREBY ORDERED that the claim terms below are construed as follows:

I. **"ENDLESS MEMBER"**

| TERM | PATENT(S) / CLAIM(S) | COURT'S CONSTRUCTION |
|---|---|---|
| **"endless member"** | '663 Patent: Claims 1 and 6<br><br>'199 Patent: Claim 5<br><br>'955 Patent: Claims 19 and 20<br><br>'924 Patent: Claims 12 and 15<br><br>'906 Patent: Claims 4 and 6<br><br>'031 Patent: Claims 8 and 16<br><br>'173 Patent: Claim 6<br><br>'799 Patent: Claim 2<br><br>'502 Patent: Claim 14 | **"a continuous conveyor forming a loop, such as a belt or a chain"** |

II. **"ENDLESS MEMBER FLEXES TO DISCHARGE SEED"**

| TERM | PATENT(S) / CLAIM(S) | COURT'S CONSTRUCTION |
|---|---|---|
| **"endless member flexes to discharge seed"** | '906 Patent: Claim 6 | **Plain and ordinary meaning.** |

2

### III. "SEED DELIVERY SYSTEM" TERMS

| TERM | PATENT(S) / CLAIM(S) | COURT'S CONSTRUCTION |
|---|---|---|
| **"seed delivery system"** / **"delivery system"** / **"seed delivery apparatus"** / **"method of delivering a seed"** | '663 Patent: Claims 1 and 6<br><br>'199 Patent: Claims 1 and 5<br><br>'429 Patent: Claims 19 and 20<br><br>'955 Patent: Claims 19, 20<br><br>'924 Patent: Claims 12, 15<br><br>'906 Patent: Claims 4 and 6<br><br>'031 Patent: Claims 8 and 16<br><br>'173 Patent: Claim 6<br><br>'998 Patent: Claim 3<br><br>'799 Patent: Claim 2<br><br>'502 Patent: Claims 14, 19 and 22 | <u>For '663, '199, '429, '955, '924, '906, '031, '173 patents:</u><br>**"apparatus / system / method that removes seed from the seed meter by capturing the seed and then delivers it to a discharge position"**<br><br>No disclaimer of a seed delivery apparatus / system / method that allows for seeds to drop by gravity between the seed meter and discharge.<br><br><u>For '799, '998, '502 patents:</u><br>**Plain and ordinary meaning.**<br><br>No disclaimer of a seed delivery apparatus / system / method that includes a belt with flights. |

3

IV.  ADDITIONAL "SEED DELIVERY SYSTEM" TERMS

| TERM | PATENT(S) / CLAIM(S) | COURT'S CONSTRUCTION |
|---|---|---|
| "delivery system which moves the individual seeds in a second path from the release position to a discharge position adjacent a seed furrow formed in soil beneath the seeding machine" | '199 Patent: Claim 1 | Court reserves ruling as to this term, subject to additional briefing by parties. |
| "seed delivery system operable to take seed from the metering member at the release position and sweep seed in a direction substantially cross-wise to a direction of travel of the seed on the metering member as the metering member rotates and move seed to a discharge location adjacent a seed furrow formed in soil beneath the seeding machine" | '998 Patent: Claim 3 | Court reserves ruling as to this term, subject to additional briefing by parties. |

V.  "CONTROLLING MOVEMENT OF THE SEED WITHIN THE HOUSING"

| TERM | PATENT(S) / CLAIM(S) | COURT'S CONSTRUCTION |
|---|---|---|
| "controlling movement of the seed within the housing" | '502 Patent: Claims 14, 19, and 22 | "holding seeds such that the seeds cannot move relative to other seeds in the housing" |

## VI. "SIDEWALL HAVING INNER AND OUTER SURFACES"

| TERM | PATENT(S) / CLAIM(S) | COURT'S CONSTRUCTION |
|---|---|---|
| "sidewall having inner and outer surfaces" | '998 Patent: Claim 3<br><br>'799 Patent: Claim 2 | Court reserves ruling as to this term. |

## VII. AGREED-UPON CONSTRUCTION

| TERM | PATENT(S) / CLAIM(S) | AGREED-UPON CONSTRUCTION |
|---|---|---|
| "sweep seed in a direction substantially cross-wise to a direction of travel of seed on the metering member as the metering member rotates" | '998 Patent: Claim 3<br><br>'799 Patent: Claim 2 | "sweep seed from the release position in a direction that is substantially different from the direction the seed was traveling on the seed meter prior to the release" |

SO ORDERED this ___ day of _____, 2019.

_____
The Honorable Colm F. Connolly
United States District Judge