IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEERE & COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 18-827 (CFC) |
| | )  CONSOLIDATED |
| AGCO CORPORATION and | ) |
| PRECISION PLANTING LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING INTER PARTES REVIEW**

WHEREAS, Plaintiff Deere & Company ("Deere") filed an amended complaint against Precision Planting, LLC ("Precision") and AGCO Corporation ("AGCO") (collectively, "Defendants"), alleging infringement of U.S. Patent No. 8,813,663 ("'663 Patent"); U.S. Patent No. 9,480,199 ("'199 Patent"); U.S. Patent No. 9,807,922 ("'922 Patent"); U.S. Patent No. 9,820,429 ("'429 Patent"); U.S. Patent No. 8,850,998 ("'998 Patent"); U.S. Patent No. 9,699,955 ("'955 Patent"); U.S. Patent No. 9,807,924 ("'924 Patent"); U.S. Patent No. 9,686,906 ("'906 Patent"); U.S. Patent No. 8,671,856 ("'856 Patent"); U.S. Patent No. 9,661,799 ("'799 Patent"); U.S. Patent No. 9,861,031 ("'031 Patent"); U.S. Patent No. 9,510,502 ("'502 Patent"); and U.S. Patent No. 10,004,173 ("'173 Patent") (collectively, the "Asserted Patents");

WHEREAS, on August 9, 2019, Deere narrowed its asserted claims pursuant to the Court's Scheduling Order (D.I. 72) to the following claims ("Asserted Claims"): claims 1 and 6 of the '663 Patent; claims 1 and 5 of the '199 Patent; claims 19 and 20 of the '429 Patent; claim 3 of the '998 Patent; claims 19 and 20 of the '955 Patent; claims 12 and 15 of the '924 Patent; claims 4 and 6 of the '906 Patent; claim 2 of the '799 Patent; claims 8 and 16 of the '031 Patent; claims 14, 19, and 22 of the '502 Patent; and claim 6 of the '173 Patent;

WHEREAS, between May 24, 2019, and June 3, 2019, Defendants filed petitions for *inter partes* review directed to the '663 Patent, the '199 Patent, the '922 Patent, the '429 Patent, the '955 Patent, the '924 Patent, the '906 Patent, the '031 Patent, the '502 Patent, and the '173 Patent ("Defendants' IPR Petitions"), alleging that all asserted claims of these patents with the exception of claim 5 of the '199 Patent are invalid, before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office ("PTO");

WHEREAS, between December 2, 2019, and December 11, 2019, the PTAB issued decisions to institute *inter partes* review as to the '663 Patent, the '199 Patent, the '906 Patent, and the '031 Patent ("Instituted IPR Proceedings")[1];

WHEREAS, the PTAB's five remaining institution decisions for the '922 Patent, the '429 Patent, the '955 Patent, the '924 Patent, and the '173 Patent

---

[1] The term "Instituted IPR Proceedings" also includes any of Defendants' IPR Petitions that are instituted after the filing date of this stipulation.

are due by January 24, 2020, January 9, 2020, January 18, 2020, January 9, 2020, and January 18, 2020, respectively;

WHEREAS, on October 31, 2017, Deere filed a reissue application for the '502 Patent ("'502 Patent Reissue Proceeding") before the PTO; on January 24, 2019, the PTO rejected all of the original and new claims of the '502 Patent; on April 23, 2019, Deere filed an Amendment; and on November 4, 2019, the PTO issued a final office action rejecting all of the original and new claims of the '502 Patent (including all the '502 Patent claims asserted in this litigation);

WHEREAS, on December 3, 2019, the Court held a *Markman* hearing and issued claim construction rulings as to several disputed terms (D.I. 188), deferred ruling on additional disputed terms ("unresolved disputed terms"), and ordered simultaneous supplemental briefing as to two of the unresolved disputed terms, which were submitted on December 17, 2019;

WHEREAS, the parties have met and conferred and have agreed to the entry of a stay in the above action;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that this action is stayed, except to the extent the Court is inclined to issue claim construction rulings as to the unresolved disputed terms that were the subject of the December 3 *Markman* hearing; and the action shall remain stayed pending resolution of the Instituted IPR Proceedings before the PTAB.

Within fourteen (14) days after the issuance of the Final Written Decision on the last remaining Instituted IPR Proceeding that challenges the validity of any Asserted Claim, the parties shall file a joint status report informing the Court of the status of the Instituted IPR Proceedings and the '502 Patent Reissue Proceeding along with their positions on the proposed course of this action.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Adam W. Poff* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Adam W. Poff (#3990) | Jack B. Blumenfeld (#1014) |
| Pilar G. Kraman (#5199) | Jeremy A. Tigan (#5239) |
| Rodney Square | Anthony D. Raucci (#5948) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 571-6600 | Wilmington, DE 19899 |
| apoff@ycst.com | (302) 658-9200 |
| pkraman@ycst.com | jblumenfeld@mnat.com |
|  | jtigan@mnat.com |
| *Attorneys for Plaintiff* | araucci@mnat.com |
| *Deere & Company* |  |
|  | *Attorneys for Defendants* |
|  | *AGCO Corporation and Precision* |
|  | *Planting LLC* |

OF COUNSEL:

Richard L. Rainey
Kevin B. Collins
R. Jason Fowler
Jay I. Alexander
Daniel E. Valencia
Nicholas L. Evoy
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5565

OF COUNSEL:

Michael J. Summersgill
Jordan L. Hirsch
Michaela P. Sewall
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Mary (Mindy) V. Sooter
WILMER CUTLER PICKERING HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
(720) 274-3135

Grant K. Rowan
Heath A. Brooks
Michael Wolin
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

December 18, 2019

    SO ORDERED this ___ day of December, 2019.

_____
The Honorable Colm F. Connolly
United States District Judge