IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEERE & COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>AGCO CORPORATION,<br>PRECISION PLANTING, LLC,<br><br>    Defendant. | <br><br>Civil Action No. 18-827-CFC |

## VERDICT FORM

1

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## I.     FINDINGS ON INFRINGEMENT

### A.     U.S. Patent No. 8,813,663 ('663 Patent)

**Question 1:**

Did Deere prove, by a preponderance of the evidence, that AGCO-Precision's Accused Products (Precision's SpeedTube and vSet2 products, or new AGCO planters that contain the SpeedTube and vSet2), infringe claim 1 of the '663 Patent?

("YES" is a finding in favor of Deere, and "NO" is a finding in favor of AGCO-Precision. *See* Jury Instructions Sections 4.1–4.3.)

| Is '663 Patent Claim 1 Infringed? (Answer "YES" or "NO") |
| --- |
| YES _____    NO __X__ |

Continue to the next question.

B. U.S. Patent No. 9,699,955 ('955 Patent)

**Question 2:**

Did Deere prove, by a preponderance of the evidence, that AGCO-Precision's Accused Products (Precision's SpeedTube and vSet2 products, or new AGCO planters that contain the SpeedTube and vSet2), infringe claim 20 of the '955 Patent?

("YES" is a finding in favor of Deere, and "NO" is a finding in favor of AGCO-Precision. *See* Jury Instructions Sections 4.1–4.3.)

| Is '955 Patent Claim 20 Infringed? (Answer "YES" or "NO") |
|---|
| YES _____    NO __X__ |

Continue to the next question.

## II. FINDINGS ON VALIDITY

### A. U.S. Patent No. 8,813,663 ('663 Patent)

Answer this question (Question 3) only if you answered "YES" to Question 1. **Otherwise do not answer the question.**

**Question 3:**

Did AGCO-Precision prove, by clear and convincing evidence, that claim 1 of the '663 Patent is invalid?

(If you find the claim invalid, answer "YES," otherwise answer "NO". "YES" is a finding in favor of AGCO-Precision, and "NO" is a finding in favor of Deere. *See* Jury Instructions Section 5.1–5.4.)

| Is '663 Patent Claim 1 Invalid? (Answer "YES" or "NO") |
|---|
| YES _____   NO _____ |

Continue to next question.

4

### B. U.S. Patent No. 9,699,955 ('955 Patent)

Answer this question (Question 4) only as those claims that you answered "YES" to in Question 2.
**Otherwise do not answer the question.**

**Question 4:**

Did AGCO-Precision prove, by clear and convincing evidence, that claim 20 of the '955 Patent is invalid?

(If you find the claim invalid for a particular ground, answer "YES," otherwise, answer "NO". "YES" is a finding in favor of AGCO-Precision, and 'NO" is a finding in favor of Deere. See Jury Instructions Section 5.)

| Is '955 Patent Claim 20 Invalid? (Answer "YES" or "NO") |
| --- |
| YES _____   NO _____ |

Continue to next question.

5

## III. DAMAGES

If you found one or more claims of the Asserted Patents to be both infringed and not invalid, please answer Question 5.

**Question 5 (Damages):**

What amount of damages, if any, do you award to compensate Deere for AGCO-Precision's infringement?

(*See* Jury Instructions Section 6.)

| Total Damages | $ |
|---|---|

You have now reached the end of the verdict form, and you should review it to ensure that it accurately reflects your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Dated:    7-8-22

Signed: