# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEERE & COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AGCO CORPORATION and ) <br> PRECISION PLANTING LLC, ) <br> ) <br> Defendants. ) | C.A. No. 18-827 (CFC) <br> CONSOLIDATED |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Deere & Company hereby appeals to the United States Court of Appeals for the Federal Circuit, from the March 31, 2023 Final Judgment Following Post Trial Motion Practice (D.I. 538) entered in the above-captioned case, and from all underlying findings, orders, decisions, rulings, and opinions, including but not limited to: the Court's March 29, 2023 docketed oral orders (unnumbered docket entries); the March 28, 2023 opinion and order (D.I. 536-537); the July 12, 2022 judgment following a jury verdict pursuant to Rule 58(b) (D.I. 474); the jury verdict (D.I. 466, 467); and the May 19, 2022 memorandum order re: Deere's motion for summary judgment (D.I. 433).

For avoidance of doubt, Deere notes that case no. 18-827 was consolidated with case no. 18-828 on January 9, 2019 (D.I. 42), and the parties were ordered to make all future filings in the lead case only. (Jan. 9, 2019 oral order, unnumbered

docket entry). Per the Court's oral order of January 9, 2019, Deere files this notice in the lead case, but understands the final judgment, the above-referenced orders, and this notice of appeal to apply to both consolidated cases.

|  | Respectfully submitted, |
|---|---|
| OF COUNSEL | /s/ Adam W. Poff |
|  | _____ |
| Richard L Rainey | Adam W. Poff (#3990) |
| Kevin B. Collins | Pilar G. Kraman (#5199) |
| R. Jason Fowler | YOUNG CONAWAY STARGATT & |
| Jay I. Alexander | TAYLOR LLP |
| Daniel E. Valencia | Rodney Square |
| Nicholas L. Evoy | 1000 North King Street |
| COVINGTON & BURLING LLP | Wilmington, DE 19801 |
| One CityCenter | (302) 571-6600 |
| 850 Tenth Street, NW | apoff@ycst.com |
| Washington, DC 20001-4956 | pkraman@ycst.com |
| Telephone: (202) 662-5565 |  |
| Fax: (202) 778-5565 | *Counsel for Deere & Company* |

Dated: April 24, 2023

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on April 24, 2023, a copy of the foregoing document was served by email on the persons listed below:

>Jack B. Blumenfeld
>Anthony D. Raucci
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>Wilmington, DE 19899
>jblumenfeld@mnat.com
>araucci@mnat.com
>
>Michael J. Summersgill
>Jordan L. Hirsch
>Michaela P. Sewall
>Mark G. Matuschak
>Harry Hanson
>WILMER CUTLER PICKERING
>HALE AND DORR LLP
>60 State Street
>Boston, MA 02109
>michael.summersgill@wilmerhale.com
>jordan.hirsch@wilmerhale.com
>michaela.sewall@wilmerhale.com
>mark.matuschak@wilmerhale.com
>harry.hanson@wilmerhale.com
>
>Mindy V. Sooter
>WILMER CUTLER PICKERING
>HALE AND DORR LLP
>1225 17th Street, Suite 2600
>Denver, CO 80202
>mindy.sooter@wilmerhale.com
>
>Heath A. Brooks
>R. Gregory Israelsen
>WILMER CUTLER PICKERING
>HALE AND DORR LLP

1875 Pennsylvania Ave., NW
Washington, DC 20006
heath.brooks@wilmerhale.com
greg.israelsen@wilmerhale.com

James E. Schutz
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
james.schutz@troutman.com

*Attorneys for Defendants*

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        */s/ Adam W. Poff*
        Adam W. Poff (No. 3990)
        Pilar G. Kraman (No. 5199)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware  19801
        (302) 571-6600
        apoff@ycst.com
        pkraman@ycst.com

        *Attorneys for Plaintiff Deere & Company*